UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAN WHITE,

    Plaintiff,

-vs-

    Case No. 02-71710
    Hon: AVERN COHN

HARRY TRAPP and TOM PHILLIPS,

    Defendants.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF APRIL 13, 2006 ORDER

**I.**

On April 13, 2006 the Court entered an order dismissing Marjorie VanOchten as a defendant. Plaintiff has moved for reconsideration of the order. The motion is DENIED. L.R. 7.1(g) provides that for the Court to reconsider a decision a palpable defect must be demonstrated by which the Court and the parties have been misled and that correcting the defect will result in a different disposition. Plaintiff has not shown that Ms. VanOchten was involved in plaintiff's removal from the legal writing program, or that she was involved in allowing Caucasians to be treated differently than plaintiff with regard to the program.

**II.**

At the May 23, 2006 final pretrial conference plaintiff shall identify with particularity any discovery requests to which defendants have not responded.

SO ORDERED.

Dated: May 11, 2006

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record and Allan White, #127009, Lakeland Correctional Facility, 141 First St., Coldwater, MI 49036 on on this date, May 11, 2006, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5160