UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAN WHITE,

    Plaintiff,

                                          Case No. 02-71710

-vs-                                       Hon:  AVERN COHN

HARRY TRAPP and TOM PHILLIPS,

    Defendants.
_____/

## ORDER

Plaintiff has filed a motion styled Plaintiff's Motion and Incorporated Brief for a Certification Determination in Accord with Fed.R.Civ.P. 54(b) That its Order Denying Substitution of Counsel is a Final Decision and There is no Just Reason for Delay in Seeking an Appeal to the Circuit Court.

The motion is DENIED.

Appointment of counsel is committed to the discretion of the Court.

SO ORDERED.

                                                 s/Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 19, 2006, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                                 Case Manager
                                                 (313) 234-5160