UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAN WHITE,

    Plaintiff,

vs.                                                                  Case No. 02-CV-71710

HARRY TRAPP, and TOM PHILLIPS,

                                                                           HON. AVERN COHN

    Defendants.
_____/

## **ORDER DENYING DEFENDANTS' MOTION TO TAX COSTS**

       This is a <u>pro se</u> prisoner civil rights case which was tried to a jury.  The jury found for defendants.  Before the Court is defendants' motion to tax costs, requesting that the Court tax costs against plaintiff in the amount of $417.20.  Under both the Federal Rules of Civil Procedure and the Prison Litigation Reform Act, the taxing of costs is a matter within the Court's discretion.  <u>See</u> Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1915(f)(1).  Moreover, a prisoner's ability to pay can no longer be considered in determining whether to tax costs.  <u>See</u> <u>Talley-Bey, Jr. v. Knebl</u>, 168 F.3d 884, 886 (6th Cir. 1999).

       Here, the Court, in its discretion, finds that taxing costs is not warranted.  Accordingly, defendants' motion to tax costs is DENIED.

       SO ORDERED.

Dated:  September 29, 2006           s/Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 29, 2006, by electronic and/or ordinary mail.

                                                          s/Julie Owens
                                                      Case Manager, (313) 234-5160